No. 80–6138. MESA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–6142. JENKINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–6159. WRIGHT v. UNITED STATES. C.A. 6th Cir. Certiorari denied.

No. 80–323. COLUMBIA BROADCASTING SYSTEM, INC. v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL. C. A. 2d Cir. Motions of National Broadcasting Co., Inc.; American Broadcasting Cos., Inc.; and All-Industry Television Station Music License Committee for leave to file briefs as amici curiae granted. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of these motions or this petition.

No. 80–340. WASHINGTON v. DYER. Ct. App. Wash. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 80–548. MICHIGAN v. RANDLE. Ct. App. Mich. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. THE CHIEF JUSTICE and JUSTICE POWELL would grant certiorari.

No. 80–854. KERPELMAN v. ATTORNEY GRIEVANCE COMMISSION OF MARYLAND. Ct. App. Md. Motion to recuse THE CHIEF JUSTICE denied. Certiorari denied.

No. 80–929. CORBIN, TRUSTEE IN BANKRUPTCY v. FEDERAL RESERVE BANK OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE STEWART and JUSTICE POWELL took no part in the consideration or decision of this petition.